IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LARAE MARIE HURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN VIEW PIZZA COMPANY,<br><br>Defendant. | CV 21-119-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff has filed a motion for extension of time for service of process. (Doc. 10.) Plaintiff provides that a process server was engaged on November 10, 2022, but attempts to serve Defendant have been unsuccessful. (*Id.*) Accordingly, IT IS HEREBY ORDERED that Plaintiff shall be given an additional 45 days for service and shall serve Defendant by, or on, March 25, 2022.

**IT IS ORDERED**.

DATED this 8th day of February, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge